# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

132778

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EVERETT CASEY and MARYALICE CASEY,
       Plaintiffs-Appellants,

v

ASU GROUP, and MEREDITH RESCHLY,
       Defendants,

and

AUTO OWNERS INSURANCE COMPANY,
HOME OWNERS INSURANCE COMPANY,
       Defendants-Appellees.

SC: 132778
COA: 266576
Oakland CC: 2002-045189-CZ

_____/

On order of the Court, the application for leave to appeal the September 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

p0521